UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAEL CRUZ, *on behalf of himself and all others similarly situated*,<br><br>                        Plaintiff,<br><br>                -v.-<br><br>MISSION PETS, INC.,<br><br>                        Defendant. | 20 Civ. 1263 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      Plaintiff filed the complaint in this action on February 12, 2020. (Dkt. #1). Service was made on Defendant Mission Pets, Inc. ("Mission Pets") on February 13, 2020, by service upon the Mission Pets' registered agent. (Dkt. #5). On March 2, 2020, the Court scheduled an initial pretrial conference in this action for May 6, 2020. (Dkt. #6). Mission Pets' answer was due on March 5, 2020. (*See* Dkt. #5). However, Mission Pets has yet to file an answer or appear in this action. On April 30, 2020, the Court reached out to counsel for Plaintiff by email, to see if Plaintiff had had any contact with Mission Pets or know whether Mission Pets would be appearing in the action. To date, the Court has not heard back from Plaintiff's counsel.

      Accordingly, the initial pretrial conference scheduled for May 6, 2020, is hereby ADJOURNED *sine die*. If Plaintiff intends to move for a default judgment, he must do so in accordance with the Court's Individual Rules on or before **June 5, 2020**.

SO ORDERED.

Dated:     May 4, 2020
              New York, New York

                                                        KATHERINE POLK FAILLA
                                                      United States District Judge